# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| MICHAEL M. SINCLAIR, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:23-cv-00988-SRW |
| MICHAEL MIEBACH, et al., | ) ) ) |
| Defendants. | ) ) |

## MEMORANDUM AND ORDER

This matter comes before the Court on its own motion. Plaintiff Michael M. Sinclair has filed an employment discrimination complaint. (Docket No. 1). However, he has not paid the filing fee or filed a motion for leave to proceed in forma pauperis. *See* E.D. Mo. L.R. 2.01(B)(1) ("The Clerk may refuse to receive and file any pleading or document in any case until the applicable statutory fee is paid, except in cases accompanied by a completed application to proceed in forma pauperis"). Plaintiff will therefore be directed to either pay the full filing fee or file a motion for leave to proceed in forma pauperis within **thirty (30) days** of the date of this order. If Plaintiff fails to comply, this action will be dismissed without prejudice and without further notice.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall send to Plaintiff a copy of its motion for leave to proceed in forma pauperis form.

**IT IS FURTHER ORDERED** that Plaintiff must either pay the full filing fee or file a motion for leave to proceed in forma pauperis within **thirty (30) days** of the date of this order.

2

**IT IS FURTHER ORDERED** that if Plaintiff fails to either pay the full filing fee or file a motion for leave to proceed in forma pauperis within **thirty (30) days** of the date of this order, the Court will dismiss this action without prejudice and without further notice.

Dated this 11th day of August, 2023.

_____
STEPHEN R. WELBY
UNITED STATES MAGISTRATE JUDGE